# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 24, 2013

### NO. 03-11-00678-CV

**Rhett Webster Pease, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM 21ST DISTRICT COURT OF LEE COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED AS MOOT -- OPINION BY JUSTICE ROSE**

**THIS DAY** came to be submitted appellee's motion to dismiss for mootness the appeal in the above cause, and the Court having fully considered said motion is of the opinion that same should be granted. **IT IS THEREFORE** ordered that said motion is granted and that the appeal is dismissed. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below, and that this decision be certified below for observance.